# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| **TAMMY A. DEPAOLO** | * | |
| 510 Peck Lane | | |
| Cheshire, CT 06410 | * | |
| | | |
| and | * | |
| | | |
| **STEPHEN DEPAOLO** | * | Case No.:   1:22-cv-455 |
| 510 Peck Lane | | Filed as Circuit Court for Baltimore City |
| Cheshire, CT 06410 | * | Case No. 24-C-21-005887 MT |
| | | |
| and | * | |
| | | |
| **CASSIDY R. DEPAOLO** | * | |
| 510 Peck Lane | | |
| Cheshire, CT 06410 | * | |
| | | |
|        Plaintiffs, | * | |
| | | |
| v. | * | |
| | | |
| **ACTAGRO HOLDINGS, LLC** | * | |
| a/k/a ACTAGRO, LLC | | |
| 6776 Palmdon Drive, Suite 108 | * | |
| Fresno, CA 93704 | | |
| | * | |
| Serve: CT Corporation | | |
|            Resident Agent | * | |
|            330 North Brand Boulevard, | | |
|            Suite 700 | * | |
|            Glendale, CA 91203 | | |
| | * | |
| and | | |
| | * | |
| **ACTAGRO, LLC** | | |
| 4516 North Howard Avenue | * | |
| Kerman, CA 93630 | | |
| | * | |
| Serve: CT Corporation | | |
|            Resident Agent | * | |
|            330 North Brand Boulevard, | | |
|            Suite 700 | * | |
|            Glendale, CA 91203 | | |
| | * | |

1

| | |
|---|---|
| and | * |
| **WILLIAM BENNER**<br>763 600TH Avenue<br>Elkhart, IL 62634 | *<br><br>* |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendants ACTAGRO HOLDINGS, LLC a/k/a ACTAGRO, LLC, ACTAGRO, LLC, and WILLIAM BENNER (hereinafter "Defendants"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441 *et seq.*, hereby removes the instant civil action in its entirety from the Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of Maryland.  This Court has original jurisdiction based on 28 U.S.C. § 1332.  The grounds for removal are set forth below.

### I.  Plaintiffs' Action and Parties

1. On December 30, 2021, Plaintiffs Tammy A. DePaolo, Stephen DePaolo, and Cassidy R. DePaolo filed a Complaint against Defendants in the Circuit Court for Baltimore City, Maryland, Case No. 24-C-21-005887 MT.  *See* Ex. A.

2. Plaintiff served Defendants in this matter on January 24, 2022, by serving the resident agent of Defendants Actagro Holdings, LLC a/k/a Actagro, LLC, and Actagro, LLC via Certified Mail Return Receipt Requested.  *See* Ex. B.

3. Defendant Actagro Holdings, LLC a/k/a Actagro, LLC is a limited liability corporation organized under the laws of the State of Delaware with its principal place of business in the State of California.  Its members are Monty Bayer and Terri West.  Mr. Bayer is domiciled in the State of California and Ms. West is currently domiciled in the State of Washington.

4. Defendant Actagro, LLC is a limited liability corporation organized under the laws of the State of Delaware with its principal place of business in the State of California. Its members are Monty Bayer and Terri West. Mr. Bayer is domiciled in the State of California and Ms. West is currently domiciled in the State of Washington.

5. Defendant WILLIAM BENNER is domiciled in the State of Illinois.

6. Plaintiffs are citizens of the State of Connecticut.

7. Plaintiffs have filed a Complaint against Defendants seeking damages in excess of $75,000.00.

## II.  Jurisdiction

6. This Court has jurisdiction over this action under 28 U.S.C. § 1332; which provides in relevant part: "district courts shall have original jurisdiction of . . . all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between . . . citizens of different States…"

7. There is a complete diversity of citizenship between Plaintiffs and Defendants, as Plaintiffs are citizens of the State of Connecticut, Defendants Actagro Holdings, LLC a/k/a Actagro, LLC, and Actagro, LLC are domiciled in the State of California and Washington, and Defendant William Benner is domiciled in the State of Illinois.

8. The amount in controversy in this action exceeds the value of $75,000, exclusive of interest and costs.

## III.  Removal Procedures

9. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides in relevant part that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the

district court of the United States for the district and division embracing the place where such action is pending."

10. A copy of all process, pleadings, and orders served upon Defendants on January 24, 2022, is attached hereto as Exhibit A. A copy of Plaintiffs' proof of service on Defendants is attached hereto as Exhibit B.

11. The Defendants' deadline to answer Plaintiffs' Complaint in Maryland state court is March 25, 2022.

12. This removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty (30) days from the date Defendants were served with a copy of the Complaint.

13. In accordance with 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal is being filed promptly with the Clerk of the Circuit Court for Baltimore City, Maryland and served upon the Plaintiff. *See* Exhibit C. The Circuit Court for Baltimore City, Maryland is located within this District.

Dated:  February 23, 2022.        Respectfully submitted,

**KIERNAN TREBACH LLP**

*/s/ Samuel V.D. Lewis*
William H. White, Jr., Esq. (Bar No. 02658)
Samuel V.D. Lewis, Esq. (Bar No. 21085)
1233 20th Street NW, 8th Floor
Washington, D.C. 20036
(202) 712-7000
(202) 712-7001 (facsimile)
wwhite@kiernantrebach.com
slewis@kiernantrebach.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2022, a copy of the foregoing **Notice of Removal** was filed and served via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Paul D. Bekman, Esq. (Bar No. 00019)
Bekman, Marder, Hopper, Malarkey & Perlin, LLC
1829 Reisterstown Road, Suite 200
Baltimore, MD  21208
(410) 539-6633
bekman@mdtrialfirm.com

        */s/ Samuel V.D. Lewis*
        Samuel V.D. Lewis